IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JARNIGAN,

    Plaintiff,

v.

ROBERT D. SPODEN,
KAREN BUTLER and
BRANDI MALCOOK,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-416-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    (1) denying plaintiff William Jarnigan leave to proceed and dismissing his claims against Robert D. Spoden;

    (2) granting Brandi Malcook's motion to dismiss and Karen Butler's motion for summary judgment; and

    (3) dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

/s/                                                    6/7/2016

Peter Oppeneer, Clerk of Court                  Date